UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC, *et al.*, | ) | Case No. 00-389 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appeal No. 04-CV-917(GMS) |
| | ) | |
| DON G. ANGELL, *et al.*, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED and agreed by the parties to this appeal that the initial briefing schedule between IHS Liquidating LLC (the "Appellant") and Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated, and Bermuda Village Retirement Center Limited Partnership (collectively, the "Appellees") shall be as follows:

1. The Appellant's opening brief shall be due on or before March 24, 2005.

2. The Appellees' response brief(s) shall be due on or before April 8, 2005.

WP3:1091422.1                                                                                                                         56309.1001

3. The Appellant's reply brief shall be due on or before April 18, 2005.

Dated: Wilmington, Delaware
   March  10 , 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

-and-

KAYE SCHOLER LLP
Michael J. Crames
Arthur Steinberg
Marc D. Rosenberg
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Attorneys for Appellant

Dated: March ____, 2005

PEPPER HAMILTON LLP

_/s/_____
David B. Stratton ( Bar No. 960)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
(302) 777-6500

-and-

        PEPPER HAMILTON LLP
        Bonnie MacDougal Kister
        Linda J. Casey
        3000 Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 19103-2799
        (215) 981-4000

        Counsel for Appellees

So ordered this _____ day of _____, 2005

_____
United States District Judge

WP3:1091422.1    56309 1001