UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC, *et al.*, | ) | Case No. 00-389 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appeal No. 04-CV-917(GMS) |
| | ) | |
| DON G. ANGELL, *et al.*, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

**APPENDIX OF ITEMS CITED
IN OPENING BRIEF OF
<u>APPELLANT IHS LIQUIDATING LLC</u>**

Item 1: Appellant's Designation of Items to Be Included in the Record on Appeal and Statement of Issues on Appeal, filed with the Bankruptcy Court on July 12, 2004 (Numbered)

Item 2: *Memorandum Opinion and Order* of the North Carolina Court, filed September 17, 2004

Item 3: May 26, 2004 Hearing Transcript, pp. 43, 51-52, 56

Item 4: Confirmation Order, ¶¶ 27, 29, 32, 67 & 69

Item 5: *Notice of Appeal*, dated June 25, 2004

Item 6: *Appellant's Designation of Items to Be Included in the Record on Appeal and Statement of Issues on Appeal*, dated July 12, 2004

Item 7: *Counter-Designation of Record By Appellees Don G. Angell, Don G. Angell Irrevocable Trust and Angell Care Incorporated*, dated July 22, 2004

Item 8: May 12, 2004 Hearing Transcript, pp. 42-43, 45, 51-52, 55-56

Item 9: Delegation Motions, ¶¶ 8, 12 & 23

Item 10: February 26, 2003 Hearing Transcript, pp. 19

Item 11: March 12, 2003 Hearing Transcript, pp. 18-19

Item 12: Disclosure Statement Order, p. 15

Item 13: Reserve Memorandum, ¶¶ 19 & 44

Item 14: June 16, 2003 Hearing Transcript, pp. 27, 34-35, 43

Item 15: Reply to Limited Objection, ¶ 8

## CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2005,** I electronically filed a true and correct copy of **Appendix Of Items Cited In Opening Brief Of Appellant IHS Liquidating LLC** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(Coounsel for Don G. Angell, et al.)

**Don Beskrone**
U S Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801

I further certify that on March 24, 2005, I caused a copy of **Appendix Of Items Cited In Opening Brief Of Appellant IHS Liquidating LLC** to be served by hand-delivery on the following counsel of record:

**David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(Coounsel for Don G. Angell, et al.)

**Office of the United States Trustee**
844 King Street, Lockbox 35
Wilmington, DE 19801

Edmon L. Morton (No. 3856)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
emorton@ycst.com
bank@ycst.com

*Attorneys for Appellant*