UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC, *et al.*, | ) | Case No. 00-389 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appeal No. 04-CV-917(GMS) |
| | ) | |
| DON G. ANGELL, *et al.*, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

## REVISED STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed by the parties to this appeal that the revised briefing schedule between IHS Liquidating LLC (the "Appellant") and Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated, and Bermuda Village Retirement Center Limited Partnership (collectively, the "Appellees") shall be as follows:

1. The Appellant's opening brief shall be due on or before March 24, 2005.

2. The Appellees' response brief(s) shall be due on or before April 11, 2005.

WL: #166596 v1 (3KJ_01!.DOC)

3.  The Appellant's reply brief shall be due on or before April 21, 2005.

Dated: April 11, 2005
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

-and-

KAYE SCHOLER LLP
Michael J. Crames
Arthur Steinberg
Marc D. Rosenberg
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000
Attorneys for Appellant

PEPPER HAMILTON LLP

_____
David B. Stratton (Bar No. 960)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
(302) 777-6500

-and-

PEPPER HAMILTON LLP
Bonnie MacDougal Kistler
Linda J. Casey
3000 Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
Counsel for Appellees

So ordered this _____ day of _____, 2005

_____
United States District Judge