IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., *et al.* | Case No. 00-389(MFW) |
| Debtors. | (Jointly Administered) |
| IHS LIQUIDATING LLC, | |
| Plaintiff, | |
| v. | Appeal No. 04-CV-917(GMS) |
| DON G. ANGELL, *et al.*, | |
| Defendants. | |

**APPENDIX OF ITEMS CITED IN BRIEF OF APPELLEES DON G. ANGELL, DON G. ANGELL IRREVOCABLE TRUST, ANGELL CARE INCORPORATED AND BERMUDA VILLAGE RETIREMENT CENTER LIMITED PARTNERSHIP**

Item 1: May 12, 2004 Hearing Transcript

Item 2: Amended Joint Plan of Reorganization of Integrated Health Services, Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code, pp. 41, 69, 72

Item 3: Disclosure Statement for Amended Joint Plan of Reorganization of Integrated Health Services, Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code, pp. 74-75

Item 4: February 26, 2003 Hearing Transcript, p. 18

Item 5: March 12, 2003 Hearing Transcript, pp. 18-20

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2005, I electronically filed a true and accurate copy of the Appendix of Items Cited in Brief of Appellees Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated And Bermuda Village Retirement Center Limited Partnership with the Clerk of Court using CM/ECF, which will send notification that the document has been filed electronically and is available for viewing and downloading from CM/ECF, to the individuals on the attached service list.

I further certify that on April 11, 2005, I caused true and accurate copies of the Appendix of Items Cited in Brief Of Appellees Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated And Bermuda Village Retirement Center Limited Partnership to be served on the individuals on the attached service list in the manner indicated.

PEPPER HAMILTON LLP

/s/ David B. Stratton
David B. Stratton (Del. Bar ID 960)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

and

Bonnie MacDougal Kistler
Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Appellees*

VIA FEDERAL EXPRESS
Arthur Steinberg, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

VIA FEDERAL EXPRESS
Robert S. Brady, Esquire
Edmond L. Morton, Esquire
Joseph M. Barry, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE 19801

VIA FEDERAL EXPRESS
Don A. Beskrone, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

Via E-mail
Ana Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598