**CERTIFICATE OF SERVICE**

I hereby certify that on **April 22, 2005**, I electronically filed a true and correct copy of **Reply Brief of Appellant IHS Liquidating LLC** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(Coounsel for Don G. Angell, et al.)

**Don Beskrone**
U S Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801

I further certify that on April 22, 2005, I caused a copy of **Brief of Appellant IHS Liquidating LLC** to be served by hand-delivery on the following counsel of record:

**David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(Coounsel for Don G. Angell, et al.)

**Office of the United States Trustee**
844 King Street, Lockbox 35
Wilmington, DE 19801

Kenneth Enos (No. 4544)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
kenos@ycst.com
bank@ycst.com

*Attorneys for Appellant*