IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., *et al.* | : | |
| | : | Case No. 00-389(MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : | |
| | : | |
| IHS LIQUIDATING LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Appeal No. 04-CV-917(GMS) |
| v. | : | |
| | : | |
| DON G. ANGELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : | |

**MOTION OF APPELLEES DON G. ANGELL, DON G. ANGELL IRREVOCABLE TRUST, ANGELL CARE INCORPORATED AND BERMUDA VILLAGE RETIREMENT CENTER LIMITED PARTNERSHIP TO STRIKE PORTIONS OF APPELLANT'S REPLY BRIEF AND EXHIBIT A THERETO**

Pursuant to Rule 8011 of the Federal Rules of Bankruptcy Procedure, appellees Don G. Angell ("Angell"), Don G. Angell Irrevocable Trust ("Trust"), Angell Care Incorporated ("Angell Care," and together with Angell and the Trust, the "Angell Plaintiffs") and Bermuda Village Retirement Center Limited Partnership ("Bermuda Village") (collectively, the "Angell Parties" or "Appellees") respectfully move to strike portions of the Reply Brief of Appellant IHS Liquidating LLC and Exhibit "A" thereto, on the grounds that (1) the exhibit is not part of the record on appeal and was not considered by the bankruptcy court; and (2) the reply brief improperly cites to and argues from the exhibit.

In the alternative, Appellees respectfully request leave to file a sur-reply so that they might have the opportunity to respond to the new matter improperly injected into this appeal by Appellant.

WL: #168071 v1 (3L_N01!.DOC)

-2-

This grounds for this motion are set forth in the Appellees' Opening Brief in Support of Motion to Strike Appellant's Reply Brief and Exhibit "A" to Reply Brief, filed simultaneously herewith.

Dated: May 6, 2005

          PEPPER HAMILTON LLP

          */s/ David B. Stratton*
          David B. Stratton (Del. Bar ID 960)
          Pepper Hamilton LLP
          Hercules Plaza, Suite 5100
          1313 Market Street
          P.O. Box 1709
          Wilmington, DE 19899-1709
          (302) 777-6500

          and

          Bonnie MacDougal Kistler
          Pepper Hamilton LLP
          3000 Two Logan Square
          Eighteenth and Arch Streets
          Philadelphia, PA 19103-2799
          (215) 981-4000

          *Attorneys for Appellees*