## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on May 6, 2005 a true and correct copy of the foregoing **Motion of Appellees Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated And Bermuda Village Retirement Center Limited Partnership to Strike Portions Of Appellant's Reply Brief And Exhibit "A" Thereto** was served in the manner indicated upon the following counsel of record:

Ana Alfonso, Esq. (**Via Federal Express**)
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Robert S. Brady, Esq.(**Via Hand Delivery**)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

_____
David B. Stratton

WL: #168133 v1 (3LQD01!.DOC)