UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC, *et al.*, | ) | Case No. 00-389 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appeal No. 04-CV-917(GMS) |
| | ) | |
| DON G. ANGELL, *et al.*, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

**STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE ON APPELLEES' MOTION
TO STRIKE PORTIONS OF APPELLANT'S REPLY BRIEF**

IT IS HEREBY STIPULATED and agreed by the parties to this appeal that the briefing schedule between IHS Liquidating LLC (the "Appellant") and Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated, and Bermuda Village Retirement Center Limited Partnership (collectively, the "Appellees"), regarding Appellees' Motion to Strike Portions of Appellant's Reply Brief, shall be as follows:

1. The Appellant's response brief shall be due on or before May 23, 2005.

2. The Appellees' reply brief shall be due on or before May 31, 2005.

Dated: Wilmington, Delaware
May 16, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

-and-

KAYE SCHOLER LLP
Michael J. Crames
Arthur Steinberg
Marc D. Rosenberg
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Counsel for Appellant

Dated: May ___, 2005

PEPPER HAMILTON LLP

David B. Stratton (Bar No. 960)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
(302) 777-6500

-and-

PEPPER HAMILTON LLP
Bonnie MacDougal Kister
Linda J. Casey
3000 Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Appellees

So ordered this _____ day of _____, 2005

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2005**, I electronically filed a true and correct copy of **Stipulation and Order Regarding Briefing Schedule on Appellees' Motion to Strike Portions of Appellant's Rely Brief** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(Coounsel for Don G. Angell, et al.)

**Don Beskrone**
U S Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801

I further certify that on **May 16, 2005**, I caused a copy of **Stipulation and Order Regarding Briefing Schedule on Appellees' Motion to Strike Portions of Appellant's Rely Brief** to be served as indicated, on the following counsel of record:

**David B. Stratton**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(Counsel for Don G. Angell, et al.)
*Hand Delivery*

**Bonnie MacDougal Kister, Esq.**
**Linda J. Casey, Esq.**
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(Counsel for Don G. Angell, et al.)
*First Class Mail*

Kenneth Enos (No. 4544)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kenos@ycst.com
bankruptcy@ycst.com

*Attorneys for Appellant*