IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>INTEGRATED HEALTH )<br>SERVICES, INC., *et al.*, )<br>)<br>Debtors. )<br>_____)<br>)<br>IHS LIQUIDATING LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DON G. ANGELL, *et al.*, )<br>)<br>Defendants. ) | C.A. No. 04-917 (GMS) |

## ORDER

WHEREAS on August 2, 2004, the plaintiff appealed to this court the findings and conclusions of the United States Bankruptcy Court for the District of Delaware (D.I. 1);

WHEREAS the plaintiff's reply brief (D.I. 15) relies on, and includes as an attachment, a deposition taken on March 21, 2005;

WHEREAS given the date of the deposition, it could not have been considered by the Bankruptcy Court;

WHEREAS it is axiomatic that the court should generally avoid considering material on appeal that was not considered by the court below; and

WHEREAS the plaintiff's inclusion of this material in its reply brief is also a violation of Local Rule 7.1.3(c)(2).

IT IS HEREBY ORDERED THAT:

1. The defendants' Motion to Strike (D.I. 16) be GRANTED;

2. The plaintiff's reply brief (D.I. 15) and all attachments thereto be STRICKEN; and

3. The plaintiff submit a revised reply brief in accordance with this order at a date agreed upon

and stipulated to by the parties.

Dated: October __5__, 2005

_____
UNITED STATES DISTRICT JUDGE

