UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC, *et al.,* | ) | Case No. 00-389 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ———————————————— | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appeal No. 04-CV-917(GMS) |
| | ) | |
| DON G. ANGELL, *et al.,* | ) | |
| | ) | |
| Appellee. | ) | |
| ———————————————— | ) | |

**CONSENT ORDER**

The Court having issued its Memorandum Opinion and Order regarding this appeal on March 21, 2006, and a resolution having been reached between appellant IHS Liquidating LLC and appellees Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated, and Bermuda Village Retirement Center Limited Partnership ,with respect to the final allowance and satisfaction of appellees' claims against the estates of the above captioned debtors, it is hereby ordered that this matter shall be resolved as follows:

1.     In accordance with the *Amended Joint Plan of Reorganization of Integrated Health Services, Inc. and Its Subsidiaries Under Chapter 11 of the Bankruptcy Code,* dated March 13, 2003, which became effective on September 9, 2003 (the "Plan"), appellees' claims shall be Allowed as Premiere Unsecured Claims (as defined in the Plan), and the

Liquidating LLC shall make full and final distributions to the appellees on account of such claims as follows:

      a.      Proof of Claim 10620 filed by Don G. Angell shall be deemed an Allowed Premiere Unsecured Claim in the amount of $8,888,603.35. The Liquidating LLC is ordered and directed to pay $533,316.20, by way of wire transfer to Don G. Angell, in full and final satisfaction of his Allowed Premiere Unsecured Claim;

      b.      Proof of Claim 10623 filed by Bermuda Village Retirement Center shall be deemed an Allowed Premiere Unsecured Claim in the amount of $2,764,631.81. The Liquidating LLC is ordered and directed to pay $165,877.91, by way of wire transfer to the Bermuda Village Retirement Center, in full and final satisfaction of its Allowed Premiere Unsecured Claim; and

      c.      Proof of Claim 10625 filed by the Don G. Angell Irrevocable Trust shall be deemed an Allowed Premiere Unsecured Claim in the amount of $1,409,923.27. The Liquidating LLC is ordered and directed to pay $84,595.40, by way of wire transfer to the Don G. Angell Irrevocable Trust, in full and final satisfaction of its Allowed Premiere Unsecured.

      2.      The Liquidating LLC shall deliver the payments described in paragraph 1 within two (2) business days after the entry of this Consent Order, in accordance with written wiring instructions that shall be supplied by the respective holders of the Allowed Premiere Unsecured Claims Nos. 10620, 10623 and 10625 described in paragraph 1 of this Order.

3.    The Memorandum Opinion and Order of this Court dated March 21, 2006, is hereby withdrawn, and the Clerk of the Court is directed to expunge the Memorandum and Order from the docket and record in these cases.

4.    This appeal is hereby deemed dismissed with prejudice, on agreement of the parties, and the Order (I) Granting Motion To Dismiss Counterclaims; (II) Sustaining, in part, and Overruling, In Part, Objections to Claims; and (III) Allowing Unsecured Claims of Don G. Angell, Don G. Angell Irrevocable Trust, Angell Care Incorporated and Bermuda Village Retirement Center Limited Partnership, entered on June 25, 2004 by Judge Walrath ("the Order") is affirmed.

5.    The Court finds that the Appellees' prosecution of the previously stayed action in the United States District Court for the Middle District of North Carolina, captioned Don G. Angell et al v. Elizabeth B. Kelly et al., Case No. 01-cv-435, is contemplated by section 10.4 of the Debtors' Plan of Reorganization and paragraphs 2 and 3 of that certain *Stipulation and Order By and Among Integrated Health Services, Inc., Premiere Associates, Inc., and the Angell Creditors Regarding Debtors' Motion for Preliminary Injunction Staying the Prosecution of the Angell Action*, entered by the Bankruptcy Court on June 12, 2001.

Dated:  _____ , 2006
        Wilmington, Delaware

                                        _____
                                        Gregory M. Sleet
                                        United States District Judge

Stipulated and Agreed:

Dated: April 20, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

-and-

KAYE SCHOLER LLP
Arthur Steinberg
Marc D. Rosenberg
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Attorneys for Appellant

Dated: April ____, 2006

PEPPER HAMILTON LLP

David B. Stratton (Bar No. 960)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
(302) 777-6500

-and-

PEPPER HAMILTON LLP
Bonnie MacDougal Kistler
Linda J. Casey
3000 Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799